U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
DEC 2 0 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10061
Summary Calendar

D.C. Docket No. 4:14-CV-9—ᴀ

United States Court of Appeals
Fifth Circuit
**FILED**
November 28, 2017
Lyle W. Cayce
Clerk

ANTHONY DESHAWN THOMAS,

      Plaintiff - Appellant

v.

DOCTOR JOHN MILLS, Medical Director; D. PEYTON; TARRANT
COUNTY HOSPITAL DISTRICT,

      Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is
affirmed.

Certified as a true copy and issued
as the mandate on Dec 20, 2017

Attest: *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

***United States Court of Appeals***

FIFTH CIRCUIT
OFFICE OF THE CLERK

RECEIVED

DEC 2 0 2017

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 20, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

        No. 16-10061   Anthony Thomas v. John Mills, et al
                       USDC No. 4:14-CV-9 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Nancy F. Dolly, Deputy Clerk
                        504-310-7683

cc:  Mrs. Christin Audrey Cobe-Vasquez
     Mr. Joseph Wilson Spence
     Mr. Anthony Deshawn Thomas